

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00330-CR

**IN RE** Henry Bryan **BERROCAL**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:        Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: July 10, 2024

PETITION FOR WRIT OF MANDAMUS DENIED; DISMISSED FOR LACK OF JURISDICTION

Relator Henry Berrocal petitions this court for a writ of mandamus. After considering the petition and its attachments, we conclude relator has not shown himself entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

Furthermore, Berrocal's two writs of habeas corpus attached to his mandamus petition are dismissed for lack of jurisdiction. *See* TEX. CODE CRIM. PROC. art. 11.05; *Ex parte Braswell*, 630 S.W.3d 600, 601 (Tex. App.—Waco 2021, no pet.) ("Original jurisdiction to grant a writ of habeas corpus in a criminal case is vested in the Court of Criminal Appeals, the district courts, the county courts, or any judge in those courts.").

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2024CR1587, styled *State v. Berrocal*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Joel Perez presiding.